Case 18-03044-5-DMW    Doc 222    Filed 06/13/19    Entered 06/21/19 14:53:15    Page 1 of 1

FILED: June 13, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-170
(18-03044-5-DMW)

TIMOTHY OMAR HANKINS, SR.,

      Petitioner,

v.

NICHOLAS C. BROWN, Trustee,

      Respondent.

O R D E R

Timothy Omar Hankins, Sr., has filed a petition for direct appeal to this Court from the bankruptcy court. Upon consideration of the petition as amended, we find that this appeal does not meet the criteria for direct appeal under 28 U.S.C. § 158(d)(2) (2012). We therefore deny Hankins' petition for direct appeal. Hankins has also filed a motion for injunctive relief, an amended motion for injunctive relief, and a motion to recuse any judge who has been admitted to the North Carolina bar. We deny these motions.

For the Court

/s/ Patricia S. Connor

Clerk